THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARIAN KOHLER, | : |
| | : |
| Plaintiff, | : CIVIL ACTION NO. 3:19-CV-1310 |
| | : (JUDGE MARIANI) |
| v. | : |
| | : |
| SELECTIVE FIRE AND CASUALTY | : |
| INSURANCE COMPANY, | : |
| | : |
| Defendant. | : |

## ORDER

AND NOW, THIS 29th DAY OF SEPTEMBER 2022, upon consideration of Selective Fire and Casualty Insurance Company's Motion for Summary Judgment (Doc. 19) and all relevant documents, **IT IS HEREBY ORDERED THAT**:

1. Selective Fire and Casualty Insurance Company's Motion for Summary Judgment (Doc. 19) is **GRANTED IN PART** and **DENIED IN PART**;

2. The Motion is **GRANTED** as to Plaintiff's claim for Breach of Contract in Count I of the Complaint (Doc. 1 at 8) and requests for declaratory relief sections (a) through (d) of the "Wherefore" clause of Defendant's Counterclaim (Doc. 7 at 14);

3. The Motion is **DENIED** as to Plaintiff's claim for Bad Faith in Count II of the Complaint (Doc. 1 at 9) and the additional relief requested in Defendant's Counterclaim (Doc. 7 at 14-15);

4. Defendant's request for oral argument (Doc. 19 at 1) is **DENIED**;

5. Selective Fire and Casualty Insurance Company's Motion to Bifurcate and/or Stay Discovery on Bad Faith Claims (Doc. 14) is **DEEMED MOOT**.

_____
Robert D. Mariani
United States District Judge